Revised 12/01/2010

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| In re: | ) Case No. 16-41782-drd13 |
|---|---|
| Darry Earl Juitt | ) |
| Beatrice Lynnette Juitt | ) SSN: xxx-xx-5197 |
|  | ) SSN: xxx-xx-8573 |
| Debtor(s) | ) |

## FIRST AMENDED CHAPTER 13 PLAN AND PLAN SUMMARY

☐  A check in this box indicates that this plan contains deviations from the standard provisions of the model plan adopted by the court at the time of its filing.  If changes have been made to the pre-printed text of the model plan form and this box has not been checked, such changes are null and void.

☒ Debtor (and joint debtor if applicable) certifies that all tax returns due for the four tax years prior to the petition date have been filed.

☐ Debtor(s) has/have not filed all tax returns due for the four tax years prior to the petition date.  The tax return(s) that have not been filed are the following returns and year due: _____.

☐ Original plan            ☒ Above median
☒ Amended plan           ☐ Below median

**YOUR RIGHTS WILL BE AFFECTED.**  You should read these papers carefully and discuss them with your attorney. Any party who wishes to oppose any provision of this plan must file a timely written objection. This plan may be confirmed without further notice or hearing unless written objection is filed with the clerk of the court before the deadlines specified in Local Rule 3083-1(D) and (E).

Unless otherwise noted, all statutory references are to Title 11 of the United States Code and all references to "court" are to the United States Bankruptcy Court for the Western District of Missouri.  See Plan Provisions section for definitions.

**1.    PLAN PAYMENT:** Debtor shall pay $840.00 per month from future earnings to the standing Chapter 13 trustee.

   a.    ☐ Direct payment: from debtor(s) to trustee; or

   b.    ☒ Voluntary Wage Assignment to Employer:

| Debtor's name | Monthly amount | Employer's name | Street address | City, state & zip |
|---|---|---|---|---|
| Darry Juitt | $420.00 | Social Security Admin | 601 E. 12th street | Kansas City, MO 64106 |
| Beatrice Juitt | $420.00 | Social security Admin | 601 E. 12th Street | Kansas City, MO 64106 |

**2.    ATTORNEY FEES**

| Total attorney fees | Attorney fees paid directly by the debtor | Attorney fees paid from the plan payments | Equal monthly amount ("EMA") |
|---|---|---|---|
| $3000.00 | $190.00 | $2,810.00 | $100.00 |

**7.    SECURED CREDITORS HOLDING A PURCHASE MONEY SECURITY INTEREST ("PMSI") ENTITLED TO RECEIVE ADEQUATE PROTECTION**

   a.    The trustee shall pay to the holder of each allowed secured claim the EMA listed below with the appropriate discount rate.

   b.    *An equal monthly amount must be provided for creditors listed in this paragraph.*

   c.    Claims to which §506 valuation is not applicable:

Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle acquired for the personal use of the debtor for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing.  See §1325(a)(5) and the hanging paragraph.

Revised 12/01/2010

| Creditor name | Last 4 digits of account # | Collateral | Interest rate | EMA payment through plan |
|---|---|---|---|---|
| Carmax Auto Finance | 5197 | 2002 Ford Expedition | Ch13 Rate | $200.00 |
| Flagship Credit Acceptance | 5197 | 2011 Chevy Traverse | Ch13 Rate | $380.00 |
|  |  |  | Ch13 Rate | $ |

    d.   Claims to which §506 valuation is applicable:

Claims listed in this subsection consist of any PMSI claims secured by personal property not described in paragraph 7(c) above.  The portion of any allowed claim that exceeds the value indicated below shall be treated as a non-priority unsecured claim.  See §§1325(a)(5) and 506(a).

| Creditor name | Last 4 digits of account # | Collateral | Value of collateral | Interest rate | EMA payment through plan |
|---|---|---|---|---|---|
|  |  |  | $ | Ch13 Rate | $ |
|  |  |  | $ | Ch13 Rate | $ |
|  |  |  | $ | Ch13 Rate | $ |

**13. OTHER REMARKS OR PROVISIONS:**

1. Debtors are filing an adversary proceeding to void the third mortgage with Springleaf Financial.  The debt associated with Springleaf Financial was discharged in the prior Chapter 7 Bankruptcy as debtors did not sign a reaffirmation agreement.

Date:  10/04/2016

Chapter 13 debtor:  /s/ Darry E. Juitt
Chapter 13 debtor: /s/ Beatrice L. Juitt

By:

    Attorney name: /s/ Jennifer Dodson 60758
    Attorney address: 435 Nichols Road, Suite 200, Kansas City, MO 64112
    Attorney phone number: 816-977-2763